UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNIE JAMES | CIVIL ACTION NO. 1:05-CV-1325-A<br>SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

After an independent review of the entire record, including Plaintiff's objections to the Report and Recommendation of the Magistrate Judge previously filed herein, and in concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Plaintiff's civil rights claims are DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 2nd day of May, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge